IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-02242-CNS-NRN | Date: November 1, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

<u>Parties:</u>

ERIC WITT,

   Plaintiff,

v.

STATE OF COLORADO,
DAVID R. DOUGHTY (Attorney),
Teri Vasquez (Judge),
Janeway Law Firm P.C.,

   Defendants.

<u>Counsel:</u>

*Pro se*

## COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**9:33 a.m.**     Court in session.

Court calls case. Appearance of *pro se* Plaintiff. Preliminary remarks by the Court regarding Order Setting Status Conference. Consent form is due by December 2, 2022.

Remarks by the Court regarding service of process.

Plaintiff is advised he can contact the Federal Pro Se Clinic and the Federal Limited Appearance Program (FLAP) at 303-380-8786 or on the website at
http://www.cobar.org/fpsc

Discussion regarding general advisements to the pro se Plaintiff.

Pro Se plaintiff shall be reminded he is required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). The Pro Se plaintiff may obtain a copy of the United

States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov or in the office of the Clerk of the Court.

**9:48 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:15

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.