Eric Witt

170 Coolidge ct.

Bennett, CO. 80102

1/10/2023

ericwitt34@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Eric Witt             Case # 22CV30731

Plaintiff            ]

Vs.                ]

STATE OF COLORADO  ]

David R. Doughty (Attorney)]

Teri Vasquez (Judge).    ]

Janeway Law Firm P.C.     ]

**3.5- MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD, FORGERY, WRONGFUL FORECLOSURE, AND BREACH OF CONTRACT THIS CLAIM IS ALSO FOR OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE**

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff Eric Witt, to file his Claim against the defendant's. The claim will be brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Depravation of Civil Right Under Color of Law, conspiracy to commit real estate deed fraud, and forgery. This case is brought to enforce constitutional rights under 42 U.S.C. § 1983, conspiracy statutes under Federal Law.

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

## JURISDICTION:

1. The Judiciary Act, though, Congress placed admiralty under the jurisdiction of the federal district courts.
2. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.
3. This court has personal jurisdiction over the defendant's corporations because the corporation's principal place of business is in this state.
4. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.
5. Federal court has jurisdiction over this case based on the following reasons:
   a. 42 USC 1983 civil rights claim is Constitutional dispute.
   b. The plaintiff filed a claim against the state court judge, whereby other state court judges would have a conflict of interest.
   c. The state is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office.
   d. The state is in control of the plaintiff's property deed when there is no law that forced the plaintiff to register his property.
   e. The state is paying the judge and providing a pension, 401-k, so other state court judges will have a conflict to hear this case in state court.
6. The State is the real party responsible for the foreclosure on the plaintiff's property using state-licensed sub-agencies to do the dirty work.
7. The amount of damage is over what the state court has jurisdiction to rule on.
8. The defendants violated Federal Laws.
9. The defendants violate the plaintiff's right to due process in state court whereby is liable under 42 U.S.C 1983 a federal civil rights statute.
10. There is no other court available for remedy.

## FACTUAL ALLEGATIONS:

11. The original contract in this case was altered, stolen and that there was an addition to the agreement with the following items that are missing from the contract filed in this case:

   a. The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

   b. The bank or financial institution involved in the alleged loan will follow GAAP,

   c. the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

   d. the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

   e. the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

   f. the written agreement gives full disclosure of all material facts.

12. The Bank Advertised That They Loan Money:

   a. I applied for a loan.

   b. They refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

   c. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

   d. There is no bona fide signature on the alleged promissory note.

   e. The promissory note is a forgery.

   f. The promissory note—with my name on it— obligates me to pay $ 247,926.00plus interest, giving it a substantial value in todays market if it were sold to investors.

   g. The bank recorded the forged promissory note as a loan from me to the bank.

   h. The bank used this loan to fund the alleged bank loan check back to me.

   i. The bank refused to loan the plaintiff legal tender or other depositors' money in the amount of $ 247,926.00 or repay the unauthorized loan it recorded from me to the bank.

   j. The bank changed the cost and the risk of the alleged loan.

     k.   The bank operated without my knowledge, permission, authorization, or agreement.

     l.   The bank denied me equal protection under the law.

     m.  The bank refused to disclose material facts of the alleged agreement and refused to tell me if the agreement was for me to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

     n.   They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

     o.   The bank failed to disclose if the promissory note is money or not money.

     p.   It appears the bank recorded the promissory as an unauthorized loan from me to the bank.

13. The defendant's committed and conspired to commit real estate deed fraud when they failed deliver the property deed as mandated by the state property transfer statute.

     f.   The mortgage deal was Not done according to the GAAP accounting principles in violation of the federal law.

     g.   The electronic credits called the mortgage loan was generated by the plaintiff's signature on the promissory note.

     h.   The words stamped on the promissory note "pay to the order of" without recourse will verify the bank official who signed there, received the electronic credits called the mortgage loan.

     i.   There was no exchange of money in the mortgage loan.

14. Valid conveyances require that the executed deed be delivered to and accepted by the grantee.

15. The property deed was never delivered or accepted by the plaintiff.

16. The defendants committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

17. The fact the alleged lender accepted the plaintiff's signature on the mortgage lien proves the plaintiff owned the property already.

18. The first illegal mortgage lien was placed on the property after the unlawful registration.

19. The attorney David R. Doughty is employed for Janeway Law Firm P.C. a 3rd party debt collector located at 9800 S. Meridian blvd., #400, Englewood, CO 80112.

**20.** On April 22, 2022, David R Doughty filed a Notice of Election and Demand For Sale By Public Trustee (Sale NO. A202279211) against the plaintiff's property without an affidavit from an injured party to provide jurisdiction to the court. **Exhibit: A**

21. The statute the attorney used in the foreclosure complaint is not a valid law as it does not have the three elements the state constitution mandates must be present to be a valid law.

22. The foreclosing statute C.R.S. Article 38 is missing the enacting clause, the title, and the body, and therefore the foreclosing statute is not a valid law and is unconstitutional on its face.

23. The defendants violated the F. D. C. P. A. when they engaged in abuse, threats, coercion, misrepresentation, fraud, harassment, unfair means, and deception to collect a debt where there is no injured party.

24. There is no injured party.

25.  Judge Vasquez made a journal entry order authorizing sale on 7-13-22.


SCHEME TO DEFRAUD:

26. The contract filed in this case is forged and missing at least 6- provisions that are listed in the original contract.

27. The foreclosure statute used to provide the court with jurisdiction is not a valid law as it is missing the 3 elements the State Constitution mandates must be present to be a valid law.

28. The State constitution mandates all laws are to be enacted and have an enacting clause, a title, and a body.

29. Original Contract with the signatures of both the alleged borrower, and the lender have never been filed in court to verify there was a bilateral contract.

30. Without a certification of the accounting entries of the attorneys cannot verify there was a debt.

31. 32. The attorney cannot verify agency and therefore the foreclosure lawsuit has a fatal flaw.

32. The foreclosure was filed showing the lender as the plaintiff, however no one from the lender's corporation signed the foreclosure documents.

33. There is no witness before the court to give the court jurisdiction.

34. There is No Affidavit filed in the case to give the state court jurisdiction.

### THE LENDER FAILED TO FOLLOW THE GAAP ACCOUNTING LAWS:

35. The contract should be rescinded because the bank did not provide full disclosure, the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101. The Truth in Lending Act, Regulation Z, 12 CFR §226.23, states that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures.

36. The original debt was zero because the Plaintiff's financial asset was exchanged for FED's promissory notes in an even exchange. Promissory Notes and other commercial instruments are legal tender, financial assets to the originator and a liability to the lender.

37. If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.

38. But the attorney's do not understand that they have this liability because most of them are unaware of it.
    a. UCC §1-201(24), §3-104, §3-306, §3-105,
    b. UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511
    c. UCC §§9-102(9), (11), (12)(B), (49), (64)
    d. 12 USC 1813(l)(1)

39. The David R. Doughty is employed for Janeway Law Firm P.C. records will show the bank have an offsetting liability to the plaintiff pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR).
    a. 5. These records include:
        i. FR 2046 balance sheet,
        ii. 1099-OID report,
        iii. S-3/A registration statement,

    iv.  424-B5 prospectus and

    v.  RC-S & RC-B Call Schedules

Plaintiff's claims are brought forward Under Common Law:

## 40. ELEMENTS FOR COMMON LAW:

a. Controversy (The listed defendants)

b. Specific Claim (under 42 u.s. code sec. 1983  action for depravation of civil rights, violation of due process, conspiracy to commit real estate deed fraud, forgery, wrongful foreclosure, and breach of contract  this claim is also for obstruction of the administration of justice)

Specific Remedy Sought by Claimant (3.5- million dollars)

d. Claim Is Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## 41. PARTIES:

a.  Eric Witt is a resident of Adams County, Colorado.

b.  The first defendant is The State of Colorado.

c.  The second defendant is David R. Doughty

d. The third defendant is Judge Vasquez

e.  The fourth defendant is Janeway Law Firm P.C.

Count One: Violation of 42 U.S.C. 1983:

- Plaintiff incorporates by reference the facts alleged in paragraphs 1-53.
- Judge Vasquez and David R. Doughty with Janeway law Firm P.C. conspired in a foreclosure sale, the B.A.R. members being competent in law, moved forward with the

sale when lacking an injury in fact, the original note, and more of the forementioned alleged facts.

- The prohibitions, generally, of the due process clauses apply only to the actions of state actors, and not against private citizens. However, where a private person is acting jointly with state officials in a prohibited action, they are said to be acting under the "color of the law" if they conspire with the government to commit actions which violate the due process clauses of the constitution, for the purposes of 42 U.S.C. § 1983 which states: "**Every person** who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity."

Count Two: Violation of Due Process:

- Plaintiff incorporates by reference the facts alleged in paragraphs 1-53
- The defendants had a duty to follow the law and the constitution.
- The county courts handle under $25,000, the plaintiff house was listed on Zillow for an estimated $450,000, this should rob the court of jurisdiction.
- Judge Vasquez ruled on a case without first establishing subject matter jurisdiction.
- It is the duty of the court to verify the lawyer has standing (injury in fact, original contract, profile investigations conducted, etc..).
- David R doughty with Janeway law firm P.C. clearly didn't conduct an acceptable profile investigation.
- A thorough profile investigation when properly conducted would verify there is no injured party from the accounting of the money trail in turn revealing many of the facts alleged in paragraphs 1-53.
- All of the above actions result to a State of Colorado regulated rules and procedures, a State of Colorado paved pathway for 3rd parties like David R Doughty with Janeway Law Firm P.C. to mislead in representing an alleged lender by allowing only the attorney and

law firm to sign the court documents fraudulently having the Alleged lender as the plaintiff, also allowing a 3rd party B.A.R. member with no firsthand knowledge of the facts to deceptively and falsely appear in court with standing, without properly vetting essential documents required to prosecute, then with all the aforementioned in plain sight Judge Vasquez ruling in favor with no subject matter jurisdiction on any prong, and all in all lacking the "fundamental fairness" requirement of the plaintiffs Due Process.

- Conceptually procedural due process is "fundamental fairness". For example, in 1934, the United States Supreme Court held that due process is violated "if a practice or rule offends some principle of justice so rooted in the traditions and conscience of our people as to be ranked as fundamental. As construed by the courts, it includes an individual's right to be adequately notified of charges or proceedings, the opportunity to be heard at these proceedings, and that the person or panel making the final decision over the proceedings be impartial in regards to the matter before them. Procedural due process requires government officials to follow fair procedures before depriving a person of life, liberty, or property. When the government seeks to deprive a person of one of those interests, procedural due process requires the government to afford the person, at minimum, notice, an opportunity to be heard, and a decision made by a neutral decisionmaker. In this case the minimums were not met.

- The due process protection extends to all government proceedings that can result in an individual's deprivation, whether civil or criminal in nature, from parole violation hearings to administrative hearings regarding government benefits and entitlements to full-blown criminal trials. The article "Some Kind of Hearing" written by Judge Henry Friendly created a list of basic due process rights. The list of rights by judge Friendly to this day are significantly influenced in both content and priority relativity. Three of these rights, which evenly apply to civil due process and criminal due process, are:
  - An unbiased tribunal.
  - Notice of the proposed action and the grounds asserted for it.
  - Opportunity to present reasons why the proposed action should not be taken

Count Three: Conspiracy to Commit Real Estate Deed Fraud:

- Plaintiff incorporates by reference the facts alleged in paragraphs 1-53
- The State of Colorado pays the sub corporations and also allowing circumventing of several rules, including but not limited to illegally filing the property deed in the state financed county controllers office.
- Its mandatory all owners of a property are present at signing, the alleged lender solely excepted the plaintiffs signature for the property, this proves the plaintiff owned the property and therefore the deed was required to be delivered but never was conveyed to the plaintiff.
- The state uses deceptive tactics on the people to perceive they are following the conveyance of property law by mailing what's called a "constructive delivery" of a worthless copied counterfeit deed giving the owner the illusion of holding title.
- The state violates the law by not releasing and/or delivering the actual deed within 30 days.

Count Four:

Forgery:

- Plaintiff incorporates by reference the facts alleged in paragraphs 1-53
- The State altered and filed a fraudulent contract

Count Five:

Wrongful Foreclosure:

- 4. Plaintiff incorporates by reference the facts alleged in paragraphs 1-53
- David R doughty had no legal basis from lack of standing for starting the foreclosure action.

- The State of Colorado's day to day processes and judge Vasquez's ruling allowed the frivolous foreclosure court action to continue.
- there was no legal foundation to foreclose at filing

Count Six:

Breach of Contract:

5. Plaintiff incorporates by reference the facts alleged in paragraphs 1-53

Count Seven:

Real Estate Deed Fraud:

- 6. Plaintiff incorporates by reference the facts alleged in paragraphs 1-53
- The State of Colorado pays the sub corporations and also allowing circumventing of several rules, including but not limited to illegally filing the property deed in the state financed county controllers office.
- Its mandatory all owners of a property are present at signing, the alleged lender solely excepted the plaintiffs signature for the property, this proves the plaintiff owned the property and therefore the deed was required to be delivered but never was conveyed to the plaintiff.
- The state uses deceptive tactics on the people to perceive they are following the conveyance of property law by mailing what's called a "constructive delivery" of a worthless copied counterfeit deed giving the owner the illusion of holding title.
- The state violates the law by not releasing and/or delivering the actual deed within 30 days.

Count Seven:

Obstruction of The Administration of Justice

Plaintiff incorporates by reference the facts alleged in paragraphs 1-51

## 42. WRONGFUL FORECLOSURE:

- The wrongful foreclosure action filed in state court had no injured party and therefore damages should be granted.
- The 6th Amendment secures that no person will be deprived of life, liberty, or property without due process of law.
- The "the injured party" must appear and state he/she is owed a debt, the debtor must be given the right to challenge this debt for "validation" 15 USC 1692g. Only an "injured party" can claim a debt is owed. "Imaginary persons" cannot appear or give testimony and cannot be the "Plaintiff" of any cause of action.
- There is no injured party in the state foreclosure case and it and therefore the court did not have jurisdiction.

## 43. BREACH OF CONTRACT:

a. 7. The bank advertised that they loan money:

    i. I applied for a loan.

    ii. They refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

    iii. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

    iv. There is no bona fide signature on the alleged promissory note.

    v. The promissory note is a forgery.

    vi. The promissory note—with my name on it— obligates me to pay $247,926.00 plus interest, giving it a substitutional value if it were sold to investors.

    vii. The bank recorded the forged promissory note as a loan from me to the bank.

    viii. The bank used this loan to fund the alleged bank loan check back to me.

ix. The bank refused to loan me legal tender or other depositors' money in the amount of $247,926.00 or repay the unauthorized loan it recorded from me to the bank.

x. The bank changed the cost and the risk of the alleged loan.

xi. The bank operated without my knowledge, permission, authorization, or agreement.

xii. The bank denied me equal protection under the law.

xiii. The bank refused to disclose material facts of the alleged agreement and refused to tell me if the agreement was for me to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

xiv. They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

xv. The bank failed to disclose if the promissory note is money or not money.

xvi. It appears the bank recorded the promissory as an unauthorized loan from the plaintiff to the bank.

xvii. The attorneys are misrepresenting themselves as working for a lender when they are illegally collecting as a 3rd party debt collector in violation of the F.D.C.P.A.

b. The defendants violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

c. The defendants obstructed the administration of justice.

## 44. NEGLIGENT/RECKLESS CONDUCT:

a. As a proximate result of the negligent or reckless conduct of the attorney acting as a 3rd party debt collector the plaintiff suffered injury when the attorney filed unlawful foreclosure using a foreclosure statute that is missing the 3 elements needed to be considered a valid law.

b. The state constitution mandates laws to be enacted by congress and they must have an enacting clause, a title, and a body.

    c.   The revised statutes use to provide jurisdiction to the court is not a valid law and therefore rob the court of jurisdiction. The attorneys filed a forged contract in the state foreclosure case.

    d.   The contract filed is missing the following provisions agreed upon in the original contract:

        i.   The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

        ii.   The bank or financial institution involved in the alleged loan will follow GAAP,

        iii.   the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

        iv.   the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

        v.   the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

        vi.   the written agreement gives full disclosure of all material facts.

The defendants violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

The defendants obstructed the administration of justice.

## 45. **Slander of Title:**

The defendants have caused to be recorded various documents including an unlawful foreclosure which constitutes slander of title, and the plaintiff should be awarded resulting damages to be fully proved at the time of trial.

## 46. **Slander of Credit:**

The plaintiff allege that the actions and inactions of the defendants have impaired his credit causing him to lose the ability to have good credit entitling them to damages, including statutory punitive damages pursuant to state and federal law, all to be proved at the time of trial.

## 47. **Infliction of Emotional Distress:**

The defendants have intentionally and negligently taken illegal actions which have caused the plaintiff's severe emotional distress.

The attack on the plaintiff's home using a statute that is not a valid if fraud on the court.

The fact part of the original agreement is missing from the contract filed in the state foreclosure case is a clear showing of illegal intent to cause distress.

## 48. **Damages:**

The plaintiff is seeking damages for wrongful foreclosure, and he has shown that

(a.) there was an irregularity in the foreclosure sale and

(b.) the irregularity caused the plaintiff damages. See University Sav. Ass'n v. Springwoods.

As a proximate result of the negligent actions of defendants, the plaintiffs have suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

As a result of these actions by the State of Colorado, David R Doughty, Judge Vasquez and , Janeway Law Firm P.C

I have suffered in the following ways:

a) Lost income. I work construction. I have lost hours and sometimes days of seeing clients take care of the filings, phone calls, and consultation with my legal team. I have also suffered intense anxiety attacks with a loss of sleep. When I do not sleep and/or I am intensely fatigued. When this happens, I also need to cancel clients, creating lost income. The amount of income can be up to/ exceed $500 for each day lost. Because I am self-employed, there is no making up this deficit with vacation or sick leave.

b) Medical Damage: The resulting stress and loss of sleep also resulted in chronic pain and physical dysfunction. Also, my daily life has deteriorated its more and more difficult to perform normal daily tasks. This is making it difficult to work and is been extremely damaging to my relationships with friends and family. The worst part is It has taken irreplaceable time away with my son.. Purchasing over the counter remedies in hopes of improving pain and sleep problems. The cost came out of my own pocket and, with all associated costs, totaling more than $1000. I will never be able to give a monetary value for the increased

damage to my health from high blood pressure and associated health consequences from the stressors that my house was being sold out from underneath me.

c. No one can return to me the health I have lost in dealing with the dubious actions of the persons named in my lawsuit.

d. I will never completely retrieve my peace of mind and calm the near-constant state of anxiety I find myself in now. These actions have forever altered my mental health and well-being.

e. The defendant's, acted with deliberate indifferent to the Constitution and or federal laws when they violated the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, and the plaintiff's right to "due process".

### 49. **The Judge Lacks Immunity When He/ She Violates The Law:**

The judge has qualified immunity when he/she follows the constitution and the law. The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the court's jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

### 50. The Five Elements of "Due Process:

In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."

a. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provide a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.

b. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and arbitration proceedings

should not be made a Board profit center and, in fact, may have to become subsidized to assure open access.

c. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings. This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments. It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

d. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

Equity: The system must produce decisions that reflect a sense and substance of "rightness" and "reasonableness." In matters involving unethical conduct, the punishment should fit the offense. The judgment should reflect consideration of extenuating circumstances and a balancing of competing values and objectives. Moreover, the predictability, consistency, and uniformity of the system's performance is an important measure of Equity.

Conspiracy: A federal criminal conspiracy is built up of five elements:

a. Two or more persons that;

b. Intentionally;

c. Agreed;

d. To violate federal law or defraud the United States; and commit an overt act in furtherance of the agreement.

### 51. Elements for Forgery:

Forgery is making, using, altering, or possessing a false document with the intent to commit fraud. Forgery can be the creation of a false document or changing an authentic one. There are

several elements to the crime of forgery, and all must be proven before someone can be found guilty:

a. A person must make, alter, use, or possess a false document. Forgery can be creating a false document from scratch or altering an otherwise genuine document in a material way. The alteration is material if it affects a legal right.

b. The writing must have legal significance.

c. The writing must be false. The writing must have been created or changed in a way that makes it appear that the document represents something that it is not.

d. Intent to defraud.

## 52. LEGAL AUTHORITY

- STANDING/DUE PROCESS/JURISDICTION
  - "A party lacks standing to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some real interest in the subject matter of an action." Wells Fargo Bank, v. Byrd, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008). It went on to hold, " If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."
  - Wells Fargo, Litton Loan v. Farmer, 867 N.Y.S.2d 21 (2008). "Wells Fargo does not own the mortgage loan… Therefore, the… matter is dismissed with prejudice."
  - "A party lacks standing to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some real interest in the subject matter of an action." Wells Fargo Bank, v. Byrd, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008). It went on to hold, " If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."
  - Wells Fargo, Litton Loan v. Farmer, 867 N.Y.S.2d 21 (2008). "Wells Fargo does not own the mortgage loan… Therefore, the… matter is dismissed with prejudice."

- o Indymac Bank v. Boyd, 880 N.Y.S.2d 224 (2009). To establish a prima facie case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of "standing to sue," in other words, is just another way of saying that this particular plaintiff is not involved in a genuine controversy, and a simple syllogism takes us from there to a "jurisdictional" dismissal:

- o Federal Rule of Civil Procedure 17(a)(1) which requires that "[a]n action must be prosecuted in the name of the real party in interest." See also, In re Jacobson, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009); In re Hwang, 396 B.R. 757, 766-67 (Bankr. C.D. Cal. 2008).

- o Mortgage Electronic Registration Systems, Inc. v. Chong, 824 N.Y.S.2d 764 (2006). MERS did not have standing as a real party in interest under the Rules to file the motion… The declaration also failed to assert that MERS, FMC Capital LLC or Homecomings Financial, LLC held the Note.

- o Landmark National Bank v. Kesler, 289 Kan. 528, 216 P.3d 158 (2009). "Kan. Stat. Ann. § 60-260(b) allows relief from a judgment based on mistake, inadvertence, surprise, or excusable neglect; newly discovered evidence that could not have been timely discovered with due diligence; fraud or misrepresentation; a void judgment; a judgment that has been satisfied, released, discharged, or is no longer equitable; or any other reason justifying relief from the operation of the judgment. The relationship that the registry had to the bank was more akin to that of a straw man than to a party possessing all the rights given a buyer." Also In September of 2008, A California Judge ruling against MERS concluded, "There is no evidence before the court as to who is the present owner of the Note. The holder of the Note must join in the motion."

- o DLJ Capital, Inc. v. Parsons, CASE NO. 07-MA-17 (2008). A genuine issue of material fact existed as to whether or not appellee was the real party in interest as there was no evidence on the record of an assignment. Reversed for lack of standing.

- FRAUD/ CONSPIRACY/WRONGFUL FORECLOSURE

- Indymac Bank v. Bethley, 880 N.Y.S.2d 873 (2009). The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance Plaintiff INDYMAC (Deutsche) and must have "standing" to bring this action.

- Deutsche Bank v. Peabody, 866 N.Y.S.2d 91 (2008). EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692; "intentionally created fraud in the factum" and withheld from plaintiff… "vital information concerning said debt and all of the matrix involved in making the loan".

- Wells Fargo v. Reyes, 867 N.Y.S.2d 21 (2008). Case dismissed with prejudice, fraud on the Court and Sanctions because Wells Fargo never owned the Mortgage.

- Lawyer responsible for false debt collection claim Fair Debt Collection Practices Act, 15 USCS §§ 1692-1692o, Heintz v. Jenkins, 514 U.S. 291; 115 S. Ct. 1489, 131 L. Ed. 2d 395 (1995). and FDCPA Title 15 U.S.C. sub section 1692. In determining whether the plaintiffs come before this Court with clean hands, the primary factor to be considered is whether the plaintiffs sought to mislead or deceive the other party, not whether that party relied upon plaintiffs' misrepresentations. Stachnik v. Winkel, 394 Mich. 375, 387; 230 N.W.2d 529, 534 (1975).

- "Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2d, 526 (7th Cir. 1981). Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, (1982). "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." U.S. v. Tweel, 550 F.2d 297 (1977).

- In Lambert v. Firstar Bank, 83 Ark. App. 259, 127 S.W. 3d 523 (2003), complying with the Statutory Foreclosure Act does not insulate a financial institution from liability and does not prevent a party from timely asserting any claims or defenses it may have concerning a mortgage foreclosure A.C.A. §18-50-116(d)(2) and violates honest services Title 18 Fraud. Notice to credit reporting agencies of overdue payments/foreclosure on a fraudulent debt is defamation of character and a whole separate fraud.

- BREECH OF CONTRACT
  - "If any part of the consideration for a promise be illegal, or if there are several considerations for an un-severable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise." Menominee River Co. v. Augustus Spies L & C Co., 147 Wis. 559 at p. 572; 132 NW 1118 (1912).
  - No lawful consideration tendered by Original Lender and/or Subsequent Mortgage and/or Servicing Company to support the alleged debt. "A lawful consideration must exist and be tendered to support the Note" and demand under TILA full disclosure of any such consideration. Anheuser-Busch Brewing Company v. Emma Mason, 44 Minn. 318, 46 N.W. 558 (1890).
  - UCC § 2-106(4) "Cancellation" occurs when either party puts an end to the contract
    for breach by the other and its effect is the same as that of "termination" except that
    the canceling party also retains any remedy for breach of the whole contract or any
    unperformed balance.
  - "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit. If a bank could lend its credit as well as its money, it might, if it received compensation and was careful to put its name only to solid paper, make a great deal more than any lawful interest on its money would amount to. If not careful, the power would be the mother of panics . . . Indeed, lending credit is the exact opposite of lending money, which is the real business of a bank, for while the latter creates a liability in favor of the bank, the former gives rise to a liability of the bank to another.
  - It is not necessary for rescission of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of

a bargain induced by such representations." Whipp v. Iverson, 43 Wis. 2d 166, 168 N.W.2d 201 (1969).

- o Marshall v. Security State Bank of Hamilton, 121 B.R. 814 (Ill. 1990) violation of Federal Truth in Lending 15 USCS §1638(a)(9), and Regulation Z. The bank took a security interest in the vehicle without disclosing the security interest.

53. Request for Damages:

Plaintiff request compensatory and general damages for expenses for legal expenses, medical bills, mental anguish associated with living with the consequences of the defendant's negligence, loss of income, and damaged credit score, embarrassment from having plaintiff's house listed on Zillow and other Real estate foreclosure websites before while the case is in litigation. The plaintiff request punitive damages in what the jury finds just and fair. Plaintiff prays that this court enter judgment for the Plaintiff and against each of the Defendants, and grant:

a. compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess 3.5- Million Dollars

h. any further relief that this court deems just and proper, and any other appropriate relief a law

**WHEREFORE**, Plaintiff Eric Witt, request the following

a. That the court enter a judgment in favor of Eric Witt, and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages into Plaintiff and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future.

d. That the court award plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. That the court grant Plaintiff such other equitable relief that the court deems appropriate.

**<u>Demand For A Trial By Jury</u>**

Comes Now, the plaintiff, and hereby demands jury trial on all issues so triable to a jury.

_Eric Witt_

1-10-2023

Eric Witt

Without Prejudice UCC 1-308

**Certificate of Service:**

A copy of this document was mailed to the court and a copy was mailed to the parties and the agency listed below.

_Eric Witt_

1-10-2023

Eric Witt

Without Prejudice 1-308

Attorney David R Doughty

Work: 9800 S. Meridian blvd., #400, Englewood, CO 80112.

1120 SW. 95th Ave 2nd FL.

Teri Vasquez (Judge)

**Exhibit: A**

## Notice of Election and Demand For Sale By Public Trustee

Sale No._____

**TO** the ADAMS COUNTY TREASURER AND PUBLIC TRUSTEE, on April 22, 2022. We make demand you foreclose the Deed of Trust described as:

Original Grantor(s): ERIC M WITT
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COMMERCE HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS
Current **Holder** of Evidence of **Debt**: COLORADO HOUSING AND FINANCE AUTHORITY
Date of Deed of Trust: MARCH 30, 2018
Date Deed of Trust Recorded: April 2, 2018
County of Recording: ADAMS
Recording: Reception Number 2018000026337
Original Principal **Debt**: $247,926.00
Outstanding/Unpaid Principal Balance of **Debt**: $241,042.85

You are hereby notified that the undersigned Holder, through its attorneys, gives notice and declares that the covenants of the Deed of Trust have been violated and/or Grounds for Acceleration of the Debt exist, for reasons including, but not expressly limited to, the following:

Borrower's failure to make timely payments as required under the Evidence of Debt and Deed of Trust.

Therefore, pursuant to the Deed of Trust Holder elects to accelerate the Debt; declares the Debt immediately due and payable in full; elects to foreclose; and demands that the Public Trustee give notice of sale; and sell the property to pay the Debt and expenses of sale as provided by law and the terms of the Deed of Trust.

The Property being foreclosed is all of the property encumbered by said Deed of Trust, and is described as:
LOT 1, BLOCK 4, THE CENTENNNIAL ADDITION, COUNTY OF ADAMS, STATE OF COLORADO.

APN #: 0181528416008
Purported Common Address: 170 COOLIDGE CT, BENNETT, CO 80102

JANEWAY LAW FIRM, P.C.
Attorneys for COLORADO HOUSING AND FINANCE AUTHORITY

*[signature]*

Lynn M. Janeway #15592
David R. Doughty #40042
Alison L. Berry #34531
N. April Norton #34861
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (855) 263-9295 Fax: (303) 706-9994
File: 22-027322/Witt

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR THIS DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THE COLLECTION ACTION DESCRIBED IN THIS NOTICE SHALL BE AGAINST THE REAL PROPERTY THAT SECURES THE DEBT AND NOT AGAINST YOU PERSONALLY.**