Eric Witt
170 Coolidge ct.
Bennett, CO. 80102 1/10/2023
ericwitt34@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Eric Witt                 Case # 22CV30731

Plaintiff                     ]

Vs.                          ]

STATE OF COLORADO  ]

David R. Doughty (Attorney)]

Teri Vasquez (Judge).     ]

Janeway Law Firm P.C.     ]

## **MOTION FOR SUMMARY JUDGMENT**

I am before this court by special appearance, without waiving any rights, defenses, statutory or procedural to motion the court to grant him summary judgment pursuant to defendants not answering to the amended complaint within 14 days.  Colo. R. Civ. P. 56. Witt request the court to take notice David R Doughty with Janeway Law firm P.C. improperly seek to obstruct the administration of justice in their attempt to deceive the court to perform without jurisdiction. David R Doughty with Janeway Law firm P.C.  filed  without thrift finance reports or an affidavit stating the reports were verified for injury into evidence. (see Exhibits David R Doughty with Janeway Law firm P.C. filed in case number 22CV30731), in order to verify an injured party, and prove standing existed at filing. The plaintiff's question of missing elements for the forged contract filed by David R Doughty with Janeway Law firm P.C. , these elements are standard requirements in this type of contract. The plaintiff should undoubtably have knowledge of these GAAP requirements as any company that publicly trades shares of their company is required to follow GAAP. . . the plaintiff has proven an invalid law was used and therefore the statute cannot provide jurisdiction to the court to foreclose.  The fact David R

Doughty with Janeway Law firm P.C. didn't have a valid contract filed, yet has a duty to be knowledgeable in this area of contract law, and didn't file or mention in his filing of the Thrift Finance Reports, this would trace the money trail from the beginning of the alleged loan, in turn proving there is not an injury in fact. The contract filed in the state court foreclosure was stolen and forged. There is no way the defendants can respond to my complaint on the merits.. From this point of the plaintiff will be prejudice each day that passes with this matter pending in court. All defendants acted in a conspiracy to commit real estate deed fraud. The contract filed in this case is missing part of the agreement that is in the original contract.

The state of Colorado allows an invalid law to be used, fails to deliver the deed to the plaintiff in the 30 day conveyance of property to be in line with Colorado law, illegally files the defendants property deed in a state funded county controller and pays the judge and county controller funding the recurring violations.

Judge Vasquez did not perform her duty to verify injury in fact before ruling on the sale of the plaintiffs home. Therefore not having subject matter jurisdiction, she operated outside her judicial capacity in which disqualifies her immunity pursuant to the "Tuckers Act". The Tuckers Act allows Plaintiffs to seek judgments against the federal government for claims based upon the U.S. Constitution and violation thereof by public officials. The Tucker Act waives sovereign immunity for such claims against the federal government. United States v. Mitchell, 463 U.S. 206 (1983)

David R Doughty with Janeway Law firm P.C. failed to argue the lack of statutory jurisdiction because of the fact the statute used to foreclosure is not a valid law that can provide jurisdiction to the court.

The defendant isn't asking the federal court to overturn a state court ruling. However, the plaintiff has proven David R Doughty with Janeway Law firm P.C. never had standing from the beginning, the beginning being before any court involvement in the non-judicial process. As a result the state court judgment would be void from the local rules process and procedures and not by the federal courts. Therefore, the Rooker and Feldman doctrine with it's narrow scope would not apply to this case as one of the doctrines requirements is for the federal courts to overturn a state court level ruling. .

**Assignable Contracts:**

Courts have decided, "As a general rule, all contracts are assignable. ... An exception to this rule is that a contract that relies on the personal trust, confidence, skill, character, or **CREDIT** of the parties, may not be assigned without the consent of the parties. See: Crim Truck & Tractor Co. v. Navistar Int'l 823 S.W.2d 591,596 (Tex. 1992). This case was assigned without consent from all parties and therefore the assignment was illegal, and the foreclosure is void because it was initiated by a party without standing.

(see plaintiffs' filed complaint in this case for details of aforementioned facts)

**Conclusion:**

This motion shows no genuine issue of material fact exists, and that the opposing party failed to argue the amended complaint. David R Doughty with Janeway Law firm P.C. s failed to prove the foreclosure statute is a valid law, did not prove an injury in fact to prosecute, also the contract filed in the case is missing part of the agreement showing in the original contract. The original contract was stolen and forged. the state pays the violating subagencies in the foreclosure process. The judge failed to perform her duty establish subject matter jurisdiction and ordered to sell the plaintiffs' home. The defendants failed to dispute these facts and as such the court should grant summary judgment to prevent an obstruction of the administration of justice.

_____  1/30/2023

      Eric Witt

Without Prejudice U.C.C. 1-308

Motion for Summary Judgment