*The Protectors of Liberty*

*This document's style, Protectors of Liberty, honors those who uphold justice, sacrifice for society, and demonstrate integrity in the face of corruption. Their legacies will forever protect the integrity of our nation and guide us towards the pursuit of happiness with absolute truth.*

*Tibi gratias ago praesidiis libertatis*

# The United States District Court District Of Colorado

In care of"

Eric Witt

170 Coolidge Court

Bennett, Colorado 80102

720-496-9912

Ericwitt34@gmail.com

3/3/2023

| | |
|---|---|
| Eric Witt ] | |
| Plaintiff ] | |
| v.s ] | **Demand For A Trial By Jury** |
| State of Colorado] | |
| Attorney David R Doughty] | Case No. 122-cv-02242-CNS-NRN |
| Judge Teri Vasquez] | |
| Janeway Law Firm P.C.] | |
| Defendant's ] | |

## NON- JUDICIAL TEMPORARY RESTRAINING ORDER – PERMANENT-INJUNCTION & DEMAND FOR AN EMERGENCY HEARING DUE TO THE PENDING 3.5- MILLION-DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRIVATION OF CIVIL RIGHTS

I Eric Witt am before this court by special appearance, without waiving any rights, defenses, statutory or procedural rights and demand this court to Issue an Injunction and Restraining Order pursuant to Rule 65. (a) (b) (A), The plaintiff filed his civil rights action seeking immediate injunctive and declaratory relief to redress and prevent further deprivation of the plaintiff's rights under 42 U. S. C Sec. 1983 on 8/31/2022. There is a telephonic motion hearing set in April to




argue Motions To Dismiss the title dispute over the plaintiffs property located at LOT 1, BLOCK 4, THE CENTENIAL ADDITION, COUNTY OF ADAMS, STATE OF COLORADO (AKA: 170 Coolidge Court, Bennett, Colorado, 80102) on 4/12/2023 , On 03/01/2023 with litigation pending Plaintiff received a "NOTICE FOR POSSESSION" taped to his front door from the defendants David R Doughty, Janeway Law Firm P.C. and a non-party to this case Attorney Alison Berry (yet Alison is on behalf of Janeway Law Firm P.C.) In the signature block and signed by Ms. Berry. (see Exhibit I, A copy of the letter taped to the plaintiffs door), Although this paper has no legal authority because there is no signatures from court officers and doesn't contain any seal from the courts, the plaintiff still finds it concerning. The reason being, they have already used illegal tactics in court to illegally approve the sale of his property. Printed on this lacking all authority piece of paper taped to plaintiff front door it states:  "COLORADO HOUSING AND FINANCE AUTHORITY" is the title holder, but in truth the title COLORADO HOUSING AND FINANCE AUTHORITY holds was obtained with fraudulent filings, filed by David R Doughty and his firm Janeway Law Firm P.C. and therefore any title derived from David R Doughty with Janeway Law Firm P.C. filings thereafter is fraudulent.

     The mentioned lawsuit (title dispute) action will also address, federal law violations noted in the complaint. The state foreclosure statute is not a valid law and is in violation of the State Constitution as the statute does not have the three elements the state constitution mandates must be present to be considered a valid law. The state constitution mandates valid laws must have:

a. an enacting clause,
b. a title, and
c. a body.

 The foreclosure statute does not contain the 3 elements necessary to be considered a valid law. Clearly the defendant's will not be able to prevail when the statute they rely on to provide jurisdiction to the court is unconstitutional and not a valid law.



2
Civil Rights Lawsuit

The plaintiff requests this court to grant the injunction/restraining order in the interest of justice, to restrain the State court, attorney, and or 3rd party buyers from accessing or controlling the property. Plaintiff also requests the Federal Court to Vacate any judgments or orders from the illegal state court process and impose sanctions or other penalties for those involved undermining this courts authoritative jurisdiction. The plaintiff has established the agency's liability upon a showing that there is a permanent and well-settled practice by the agency which gave rise to the alleged constitutional violation. *See City of St. Louis v. Praprotnik*, 485 U.S. 112, 127 (1988); *Navarro v. Block*, 72 F.3d 712, 714-15 (9th Cir. 1996); *Thompson v. City of Los Angeles*, 885 F.2d 1439, 1444 (9th Cir. 1989), *overruled on other grounds by Bull v. City & County of San Francisco*, 595 F.3d 964 (9th Cir. 2010). Once the plaintiff, has demonstrated that a custom exists, the plaintiff need not also demonstrate that "official policy-makers had actual knowledge of the practice at issue." *Navarro*, 72 F.3d at 714-15; *Thompson*, 885 F.2d at 1444.  Plaintiff has established an affirmative causal link between the agency's policy or practice and the alleged constitutional violation. *See City of Canton, Ohio v. Harris*, 489 U.S. 378, 385, 391-92 (1989); *Van Ort v. 74 of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

   In general, if there is a pending federal case involving the same property issue, the state court will likely decline to hear the case and defer to the federal court's jurisdiction. This is particularly true if the federal case has already progressed significantly and the issues involved overlap substantially with those raised in the state court action.

Additionally, the federal court may have exclusive jurisdiction over certain types of property disputes, such as those involving federal law or constitutional issues. In such cases, a state court would not have the authority to hear the case. It appears David R. Doughty and Janeway Law Firm are undermining this federal courts jurisdiction. If the paper they vandalized and littered the plaintiff's property with has any truth and they do or have filed in the lower state court. If they haven't then the information on the paper would be fictitious conveyance of language. Also, if the court accepted their filings that would also be yet another forward motion action by the state





lacking jurisdiction, if correctly handled the state should refuse to file and David R. Doughty and Janeway Law Firm P.C. shall solely burden the repercussions. In any of such cases sanctions or other penalties against the involved defendants may be appropriate.

**WHEREFORE**, the plaintiff requests this court to grant the injunction/restraining order in the interest of justice, to restrain Janeway Law Firm P.C., David R. Doughty, other B. A. R. members, the State of Colorado, and or 3rd party buyers from trespassing on or controlling and/or filing any motions in state court in regard to the plaintiffs property at LOT 1, BLOCK 4, THE CENTENIAL ADDITION, COUNTY OF ADAMS, STATE OF COLORADO (AKA: 170 Coolidge Court, Bennett, Colorado, 80102)  and/or evictions while litigation in this case is still in this court or another court and, any appeals or other motions for this case and in this court or another court are not completely exhausted. Plaintiff also requests the court to vacate any state court judgments or orders and impose just sanctions or other penalties this court sees fit upon the defendants to be found undermining and violating the jurisdiction of this court.

       s/Eric Witt_____

       Without Prejudice UCC 1-308

       Eric Witt

       170 Coolidge Court

       Bennett, Colorado

## CERTIFICATE OF SERVICE

I hereby certify that on the 3RD day of, March, 2023, the foregoing document was filed in Court, and a copy was served on the parties in CM/ECF filing system.




s/Eric Witt       03/03/2023
  Eric Witt

Without Prejudice UCC 1-308

Eric Witt **Permanent Address:**

Rural Route Delivery

170 Coolidge Court

Bennett CO, 00000

## AFFIDAVIT OF Eric Witt
### STATE OF COLORADO, COUNTY OF ADAMS

    I, the Affiant, who goes by a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Colorado, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say: The above mentioned facts are proof of continuous violations of due process and defendants must be restrained in the interest of justice. Other state court judges may be participating in the same misconduct and therefore the defendant cannot get a fair and impartial trial with due process violations and illegal court proceedings.

FURTHER AFFIANT SAITH NOT.
    I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of COLORADO, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead

anyone, and that Eric Witt, executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this 3RD day of, March, 2023, under penalty of perjury under the laws of the United States of America.

<u>s/Eric Witt</u>     03/03/2023
Eric Witt
Without Prejudice UCC 1-308

Eric Witt **Permanent Address:**

Rural Route Delivery

170 Coolidge Court

Bennett CO, 00000