## DEMAND FOR POSSESSION

TO: ERIC M WITT AND ANY OCCUPANTS OF:
LOT 1, BLOCK 4, THE CENTENNIAL ADDITION, COUNTY OF ADAMS, STATE OF COLORADO.

APN #: 0181528416008
Purported Common Address: 170 COOLIDGE CT, BENNETT, CO 80102

COLORADO HOUSING AND FINANCE AUTHORITY (hereinafter "Current Owner") by and through the undersigned attorney, hereby demands for possession of this property pursuant to C.R.S. 13-40-104 (1) (f), as it is the current owner of the property pursuant to foreclosure sale.

**If you are the former owner of the property, or the child, spouse, or parent of the former owner, you must immediately** relinquish possession or dispossessory court proceedings will be initiated to evict you, likely as soon as the day following service of this demand.

**If you are a tenant of the former owner of the property, and not the child, spouse, or parent of the former owner of the property,** you may be entitled to additional rights as provided in the Protecting Tenants at Foreclosure Act of 2009 ("The Act"), including the right to remain in the property for this notice, before dispossessory proceedings are initiated against you. In order for us to determine on behalf of Current Owner what rights you may have under The Act, **you must immediately forward to us the following:**

(a) A copy of your written lease (if an oral lease you must provide us a summary of the terms of your oral lease, including: the term of the lease, monthly rental amount, and all other relevant lease terms);
(b) Proof of your alleged monthly rental amount (proof may be in the form of a copy of your lease showing the rent amount, or, if an oral lease, copies of cancelled checks or money orders);
(c) Proof that all monthly rental payments due under the lease have been paid to date (proof may be in the form of copies of cancelled checks, money orders, or a signed statement from your landlord stating that you have paid your rent in full as required by your lease);
(d) The names of all occupants of the Property who are over 18 years of age; and
(e) Indicate whether you are a Section 8 tenant.

Contact us immediately at (855) 263-9295 to let us know your intentions, and indicate you are calling regarding a Demand for Possession that was posted on your residence. If you do not contact us we will assume you are not a bona fide tenant under The Act, and dispossessory proceedings will be immediately filed. When you contact us, we will advise you where your rental payments must be made (by money order, cashier's check, or certified check, and not by cash or personal check. Please note that you may wish to consult an attorney to determine what rights you may have, if any, under the Protecting Tenants at Foreclosure Act of 2009.

If you are an active duty servicemember of the United States Armed Forces (Army, Navy, Air Force, Marine Corps, and Coast Guard), a reserve member of the Armed Forces while on active Federal duty, a member of the National Guard or Air National Guard in military service as defined under 50 U.S.C. § 3911(2)(A)(ii), an inductee serving with the Armed Forces, or the commissioned corps of the Public Health Service or the National Oceanic and Atmospheric Administration (NOAA), or a spouse or dependent of an active duty servicemember, you may be entitled to rights and protections as provided in the Servicemembers Civil Relief Act of 2003 (SCRA) (50 U.S.C. §3901 et seq.), including protection from eviction (50 U.S.C. § 3951(a)). In such case, you or your attorney should contact this law firm **immediately** and provide proof of active military service so that this firm can determine whether you fall under the protections of the SCRA. Please contact the Eviction Department at (855) 263-9295 and select Option 6.

DATE: February 28, 2023

JANEWAY LAW FIRM, P.C.
Attorneys for COLORADO HOUSING AND FINANCE AUTHORITY

*[signature]*

---

Lynn M. Janeway #15592
David R. Doughty #40042
Alison L. Berry #34531
N. April Winecki #34861
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (855) 263-9295 Fax: (303) 706-9994
File: 22-027322/Witt

**NOTE: PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT YOU ARE ADVISED THAT THIS FIRM IS DEEMED TO BE A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR THIS DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THE COLLECTION ACTION DESCRIBED IN THIS NOTICE SHALL BE AGAINST THE REAL PROPERTY THAT SECURES THE DEBT AND NOT AGAINST YOU PERSONALLY.**