


# The United States District Court District Of Colorado

In care of"

Eric Witt

170 Coolidge Court

Bennett, Colorado 80102

720-496-9912

Ericwitt34@gmail.com

3/19/2023

| | |
|---|---|
| Eric Witt ] | |
| Plaintiff ] | |
| v.s ] | **Demand For A Trial By Jury** |
| State of Colorado] | |
| Attorney David R Doughty] | Case No. 122-cv-02242-CNS-NRN |
| Judge Teri Vasquez] | |
| Janeway Law Firm P.C.] | |
| Defendant's ] | |

**NOTICE OF WITHDRAWAL OF TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE that Eric Witt the Plaintiff in the above-captioned case, hereby withdraws the temporary restraining order/preliminary injunction that was entered on 3/17/2023 and filed electronically with the court on 03/17/2023 for the reason that Plaintiff wishes to adjust the TRO and will file a revised TRO without the preliminary injunction component.

Accordingly, Eric Witt respectfully requests that the court withdraw the temporary restraining order/preliminary injunction entered on 03/17/2023 and filed electronically with the court on 03/23/2023 and that the court allow Eric Witt to file an emergency temporary restraining order to prevent imminent harm. Eric Witt anticipates filing a new TRO no later than 03/19/2023, which








is necessary to prevent an injury that could occur as soon as tomorrow morning in eviction court at 8:30 AM.

Done this 19th day of March in the year 2023, under penalty of perjury under the laws of the United States of America.

SWORN to this 19[9h] day of, March 2023.

/s/Eric Witt   3/19/2023
 Eric Witt
Without Prejudice UCC 1-308
Eric Witt **Permanent Address:**
Rural Route Delivery
170 Coolidge Court
Bennett, Colorado 00000
7204969912
ericwitt34@gmail.com





