

Eric Witt <ericwitt34@gmail.com>

# URGENT - A202279211/22-027322 - OWNER TITLE DISPUTE CASE # 22-CV-02242
1 message

**Adams County E-Foreclosures** <EForeclosures@adcogov.org>                    Tue, Sep 6, 2022 at 9:40 AM
To: "pt@janewaylaw.com" <pt@janewaylaw.com>
Cc: Eric Witt <ericwitt34@gmail.com>, Bonnie Kovtynovich <BKovtynovich@adcogov.org>

As attached, please see the documentation and request (from grantor) Mr. Eric M. Witt stating: "Being there is a title dispute in a higher court all actions associated with this property shall cease and desist until the title dispute is settled in the higher court."

Please advise how/if this case affects the deed of trust default foreclosure proceedings regarding the Public Trustee.

Thank you.

Respectfully,

*JENNIFER YANTZ*

*DEPUTY PUBLIC TRUSTEE*

Adams County Treasurer and Public Trustee Office

4430 S. Adams County Pkwy.

Brighton, CO 80601

PHONE: 720-523-6250

www.adcogov.org/public-trustee

Email: Eforeclosures@adcogov.org

Mon. – Fri. 7am-5pm



Adams County Mission
To responsibly serve the Adams County Community with integrity and innovation.

---------- Forwarded message ----------
From: Eric Witt <ericwitt34@gmail.com>
To: Adams County E-Foreclosures <EForeclosures@adcogov.org>
Cc:
Bcc:
Date: Fri, 2 Sep 2022 18:08:20 +0000
Subject: W/case# 22-cv-02242, Attn: (Lisa L. Culpepper, JD) regards to: 170 Coolidge CT (Federal Case)

You don't often get email from ericwitt34@gmail.com. Learn why this is important

Please be cautious: This email was sent from outside Adams County

Added the case# 22-cv-02242

Ms. Culpepper,

Attached is a file stamped copy of a title dispute/lawsuit case# 22-cv-02242 in regards to the property 170 Coolidge Ct, Bennett, 80102. It is downloaded from the pacer.gov website and file stamped by the United States District Court for the District of Colorado's clerk at 09:53 on the 31st day of August, the year 2022.   Being there is a title dispute in a higher court all actions associated with this property shall cease and desist until the title dispute is settled in the higher court.

Thank you,

Eric Witt

Sent from Mail for Windows

---------- Forwarded message ----------
From: Eric Witt <ericwitt34@gmail.com>
To: Adams County E-Foreclosures <EForeclosures@adcogov.org>
Cc:
Bcc:
Date: Fri, 2 Sep 2022 17:54:33 +0000
Subject: Attn: (Lisa L. Culpepper, JD) regards to: 170 Coolidge CT (Federal Case)

You don't often get email from ericwitt34@gmail.com. Learn why this is important

Please be cautious: This email was sent from outside Adams County

Ms. Culpepper,

Attached is a file stamped copy of a title dispute/lawsuit in regards to the property 170 Coolidge Ct, Bennett, 80102. It is downloaded from the pacer.gov website and file stamped by the United States District Court for the District of Colorado's clerk at 09:53 on the 31st day of August, the year 2022.   Being there is a title dispute in a higher court all actions associated with this property shall cease and desist until the title dispute is settled in the higher court.

Thank you,

Eric Witt

Sent from Mail for Windows

3 attachments

- **W/case# 22-cv-02242, Attn: (Lisa L. Culpepper, JD) regards to: 170 Coolidge CT (Federal Case).eml**
  16K
- **1-22-cv-02242-CNS-NRN.zip**
  666K
- **Attn: (Lisa L. Culpepper, JD) regards to: 170 Coolidge CT (Federal Case).eml**
  927K