IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-02242-CNS-NRN | Date: April 12, 2023 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

*Parties:*  *Counsel:*

ERIC WITT,  Pro se

   Plaintiff,

v.

STATE OF COLORADO,  Andrew Katarikawe
DAVID R. DOUGHTY (Attorney),  David Doughty
TERI VASQUEZ (Judge), and
JANEWAY LAW FIRM P.C.,

   Defendants.

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**2:00 p.m.**    **Court in session.**

Court calls case. Appearances of Plaintiff and Defense Counsel. Preliminary remarks by the Court.

This matter is before the Court regarding State Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #40), Defendants David R. Doughty and Janway Law Firm, P.C.'s Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #36), and Plaintiff's Leave to Amend the Complaint (Dkt. #57).

Arguments by Defense Counsel and Plaintiff.

For the reasons stated on the record, it is

**ORDERED:**   State Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #40), Defendants David R. Doughty and Janway Law Firm, P.C.'s Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #36), and Plaintiff's Leave

to Amend the Complaint (Dkt. #57) are TAKEN UNDER ADVISEMENT. The Court will issue a written recommendation in due course.

**2:44 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.