| COUNTY COURT, ADAMS COUNTY, COLORADO<br>1100 JUDICIAL CENTER DRIVE, BRIGHTON, CO 80601 | FILED IN ADAMS COUNTY<br>COMBINED COURT |
|---|---|
| Plaintiff(s):<br>COLORADO HOUSING AND FINANCE AUTHORITY | MAR 2 0 2023 |
| Defendant(s):<br>ERIC M WITT AND ANY AND ALL OCCUPANTS | ▲ Court Use Only ▲ |
| Attorneys:<br>Janeway Law Firm, P.C.<br>9800 S. Meridian Blvd., Suite 400<br>Englewood, CO 80112<br>Phone No: (855) 263-9295<br>Fax No: (303) 706-9994<br>Atty Reg#15592 Lynn M. Janeway (lynn@janewaylaw.com)<br>Atty Reg#40042 David R. Doughty (david@janewaylaw.com)<br>Atty Reg#34531 Alison L. Berry (alisonberry@janewaylaw.com)<br>Atty Reg#34861 N. April Winecki (nanorton@janewaylaw.com) | Case No:<br>23C33567<br>Div:    Courtroom: |

### ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE

The Defendant(s) signing below answer(s) the complaint as follows:

1. The Plaintiff is NOT entitled to possession of the property and the Defendant(s) is/are entitled to retain possession of the property for the following reasons:

   There is a title dispute in federal court (see Exhibit A) a file stamped copy of Lawsuit

   *[handwritten margin note: Lawsuit was filed Before Sale took Place]*

   ~~(If applicable) The Defendant (s) signing below assert(s) the following counterclaim(s) or set-off(s) against the Plaintiff.~~

   (See EXHIBIT B) file stamped copy of NOTICE OF REMOVAL
   (See EXHIBIT C) Email to the trustee for Notice of filed Lawsuit in federal court over title

3. (If applicable) The Defendant(s) signing below assert(s) the following cross claim(s) against ~~_____~~, ~~named Defendant(s)~~ (you are limited to the jurisdiction of the court):

   (See EXHIBIT D) documents filed After the trustee Responded to Notice of title dispute. Showing they moved forward with federal case

There is a Conflict of interest to