Eric Witt
170 Coolidge ct.
Bennett, CO. 80102
03/27/2023
ericwitt34@gmail.com

FILED IN ADAMS COUNTY
COMBINED COURT

MAR 2 7 2023

# 17th District Court in Colorado.

Eric Witt

DEFENDANT

Vs.

STATE OF COLORADO

COLORADO HOUSING & FINANCE AUTHORITY

Alison L Berry #34531, individually and in her official capacity as an attorney for Janeway law firm P.C.

Martin Flaum II, individually and in his official capacity as a county judge for Adams County, Colorado

Leroy Kirby, individually and in his official capacity as a county judge for Adams County, Colorado

PLAINTIFFS'

Relative Cases: case# 23c33567, case# 22CV30731

Case# 22-cv-02242   See EXHIBIT C1

Exhibit D1 See Case # 23CV0043
(A file stamped copy of State court title dispute)

EXHIBIT E1 (Notice of Removal)

**$500,000 U.S. DOLLAR COUNTERCLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS, ABUSE OF PROCESS, INTENTIONAL INTERFERENCE WITH POSSESSION, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD, FORGERY, WRONGFUL FORECLOSURE, AND BREACH OF CONTRACT THIS CLAIM IS ALSO FOR OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE**

Page 1/30