FILED IN ADAMS COUNTY
COMBINED COURT

MAR 27 2023

Eric Witt
170 Coolidge ct.
Bennett, CO. 80102
03/27/2023

23CV0043

ericwitt34@gmail.com

# 17th District Court in Colorado.

Eric Witt

Plaintiff

Vs.

STATE OF COLORADO

Alison L Berry #34531,
individually and in her official
capacity as an attorney for
Janeway law firm P.C.

Martin Flaum II, individually and
in his official capacity as a county
judge for Adams County, Colorado

Leroy Kirby, individually and
in his official capacity as a county
judge for Adams County, Colorado

Relative Cases: case# 23c33567, case# 22CV30731

Case# 22-cv-02242

**$500,000 U.S. DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS, ABUSE OF PROCESS, INTENTIONAL INTERFERENCE WITH POSSESSION, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD, FORGERY,**

Page 1 | 30