Adams County Court
1100 Judicial Center Drive
Brighton CO 80601 United States



ERIC M WITT
170 COOLDGE CT
BENNETT CO 80102

1-271-1011

To:      Eric M Witt

Subject: Service of documents in 2023C33567.

You are being served with documents filed electronically through the Colorado Courts E-Filing system. Please review the following details concerning this service.

- Court Location: Adams County
- Case Number: 2023C33567
- Filing ID: N/A
- Filed Document Title(s):
  - Notice of Appearance via webex 032823 at 830am Div 8 FEDH
- Submitted on Date/Time: Tue Mar 21 18:30:07 MDT 2023
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: Adams County Court

If you have a question about the above listed case, please contact the court. Information for all Colorado court locations is listed on the Colorado Judical Branch website http://www.courts.state.co.us/Index.cfm.

COUNTY COURT, ADAMS COUNTY, COLORADO

Court Address:
Adams County Justice Center
1100 Judicial Center Drive
Brighton, Colorado 80601

DATE FILED: March 21, 2023

Plaintiff(s): COLORADO HOUSING AND FINANCE AUTHORITY

Defendant(s): WITT, ERIC M

^ COURT USE ONLY ^

Case Number: 2023C 033567

Div.: 8

---

NOTICE OF APPEARANCE    Courtroom/US Via Webex

---

ERIC M. WITT
170 Coolage Ct

BENNETT, CO 80102

You are hereby notified that the above captioned case has been set for FED HEARING. You are required to appear at 1100 Judicial Center Drive Brighton CO 80601 on March 28, 2023 at 08:30 AM in Div 8.

COPY TO:     Alison Berry
             Eric Witt

Date of Notice: March 21, 2023

CEW for ALANA PERCY
Clerk/Clerk of Court

Continuance granted only by the Court on Written Motion