IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02242-CNS-NRN

ERIC WITT,

    Plaintiff,

v.

STATE OF COLORADO,
DAVID R. DOUGHTY (Attorney),
TERI VASQUEZ (Judge), and
JANEWAY LAW FIRM P.C.,

    Defendants.

---

### FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER of U.S. District Judge Charlotte N. Sweeney issued on April 26, 2023, [ECF No. 66] it is

    ORDERED that this action is DISMISSED with prejudice.  It is

    FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff.  It is

    FURTHER ORDERED that the defendants are awarded costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 26th day of April, 2023.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

                    By: s/ J. Dynes
                        J. Dynes, Deputy Clerk