UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

ERIC WITT,

Plaintiff,

v.

State of Colorado et al

Defendants.

Civil Action No.: 22cv02242

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915, Plaintiff, Eric Witt, respectfully moves this Court for permission to proceed in forma pauperis on appeal.

In support of this motion, Plaintiff submits the accompanying affidavit and states that because of his poverty, he is unable to pay the required filing fees or to give security thereof.

Mr. Witt is currently homeless and without a job. He has no significant assets or savings to his name. His only possession is a 2013 Dodge Avenger, valued at approximately $3000. Mr. Witt receives no assistance from the state or any other source.

His financial situation is such that the payment of fees would deprive him of his basic means of survival. Given these circumstances, Mr. Witt cannot afford to pay the filing fee.

WHEREFORE, Plaintiff Eric Witt respectfully requests that this Court grant his motion to proceed in forma pauperis on appeal.

Respectfully Submitted,

s/EricWitt

ericwitt34@gmail.com

7204969912